**Law Office of Joseph L. Stark & Assoc. APC**
19197 Golden Valley Road
Suite 225
Santa Clarita CA 91387
T: (661) 799-1880
F: (661) 799-1881
John M. Bergerson - State Bar No. 125320
jmb@legalkix.com

Attorneys for: Defendant, HOUSING AUTHORITY OF THE CITY OF LOS ANGELES

UNITED STATES DISTRICT COURT

FOR THE

CENTRAL DISTRICT OF CALIFORNIA

| GREGORY EDWARD GRAY | Case number: 2:23cv05224-DOC(KES) |
|---|---|
| Plaintiff, | DEFENDNT'S RESPONSE TO PLAINTIFF'S MOTION FOR RELIEF FROM VOLUNATRY DISMISSAL |
| v. | |
| HOUSING AUTHORITY OF THE CITY OF LOS ANGELES, | |
| Defendant. | |

      COMES NOW, Defendant, THE HOUSING AUTHORTIY FOR THE CITY OF LOS ANGELES, who submits the following response to the Plaintiff's Motion for Relief from Voluntary Dismissal and the Court's Order referring the Motion to Magistrate Judge Scott:

1

Defendant opposes the Motion but in deference to the court's calendar will defer submitting formal opposition pending a report and recommendations from the magistrate.

DATED: December 29, 2023

JOSEPH L. STARK & ASSOC., APC

*/s/ John M. Bergerson*
John M. Bergerson,
Attorneys for Defendant, HOUSING AUTHORITY OF THE CITY OF LOS ANGELES

**PROOF OF SERVICE**

1013A (3) CCP Revised 1/1/88

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

      I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action: my business address is 19197 Golden Valley Road, Suite 225, Santa Clarita, CA 91387

      On  December 29, 2023, I served the foregoing document described as RESPONSE TO PLAINTIFF'S MOTINO FOR RELIEF FROM VOLUNTARY DISMISSAL  on THE INTERESTED PARTIES in this action
 by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.
  by placing     the original     a true copy thereof enclosed in sealed envelopes addressed as follows:

Gregory Edward Gray
3183 Wilshire Boulevard
Suite 196K26
Los Angeles, CA  90010
213.638.2039
gegcbg@outlook.com

X **BY EMAIL** to the email address(es) above

 **BY MAIL**

     I deposited such envelope in the mail at Santa Clarita, California.  The envelope was mailed with postage thereon fully prepaid.

     I caused such envelope to be deposited in the mail at Santa Clarita, California.  The envelope was mailed with postage thereon fully prepaid.

     I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing.  It is deposited with U.S. postal service on that same day in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.  Executed on , at Santa Clarita, California.

 **BY PERSONAL SERVICE** I delivered such envelope by hand to the offices of the addressee.
Executed on , at Santa Clarita, California.

     (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

     X (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

MARIA McKNIGHT                                      *Maria McKnight*
TYPE OR PRINT NAME                                  SIGNATURE