FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB -2 2024

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Gregory Edward Gray

3183 Wilshire Boulevard, Ste. 196K26

Los Angeles, CA 90010

(213) 638-2039

gegcbg@outlook.com

Gregory Edward Gray, Plaintiff in Pro Per

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gregory Edward Gray, Pro Se, Plaintiff<br><br>vs.<br><br>Housing Authority of The City of Los Angeles, Defendant. | Case No. 2:23-cv-05224-DOC-KES<br><br>**REQUEST FOR EXTENSION** |

1. I, Gregory Edward Gray, am the

   ☒ Plaintiff in this case.

   ☐ Defendant

2. I respectfully request an extension of time to file:

- ☐ Response to Complaint
- ☐ Opposition to Motion to Dismiss
- ☐ Opposition to Motion for Summary Judgment
- ☒ Other document

Plaintiff's Objections to the Report and Recommendation

3. The above-referenced document(s) is/are currently due on:

   February 12, 2024.

4. I have received ___no___ prior extensions in this case.

5. This extension is necessary because I am a pro se litigant and:

- ☐ I need more time to do research on my case.
- ☐ I need more time to schedule an appointment with the pro se clinic.
- ☐ I need more time to write my document(s).
- ☐ I need more time to look for an attorney to represent me.

2
Request for Extension

(Please use the area below to provide more details about your situation. Please be as detailed as possible about why you cannot meet the current deadline.)

I am a post-stroke/heart patient and diabetic. I have recently experienced symptoms as described in the attached physician's letter from Dr. Alexan I. Yerevanian of the Department of Neurology for UCLA Health Medical Center. I am requesting additional time to submit my document while addressing this medical concern.

6. Therefore, I ask that the Court grant me an additional  30 (thirty)  days to file the document(s) listed above to be submitted by March 11, 2024.

Dated: February 2, 2024

/s/ Gregory Edward Gray
Gregory Edward Gray,
Pro Se
3183 Wilshire Boulevard,
196K26
Los Angeles, CA 90010
(213) 638-2039
gegcbg@outlook.com

Name: Gregory Gray | DOB: 8/5/1953 | MRN: ▮▮▮▮▮ | PCP: Esther S. Yu, DO | Legal Name: Gregory Gray

# Letter Details



**Santa Monica Neurology**
1801 WILSHIRE BLVD
SUITE 100
SANTA MONICA CA 90403
Phone: 310-319-5098
Fax: 310-319-4552

February 1, 2024

Gregory Gray
3183 Wilshire Ste196 K26
Los Angeles CA 90010

To whom it may concern:

Gregory Gray (date of birth: 8/5/1953) is followed at the UCLA Neurology clinic.

Please consider the following statement, which I have included in my last clinic note for Mr. Gray on Jan 4, 2024.

"The patient has had onset of symptoms and/or worsening of symptoms in context of severe stress, which may represent recrudescence of stroke symptoms. Counseled patient on recrudescence and how stress may contribute to this."

If you have any questions or concerns, please don't hesitate to call.

Sincerely,


Alexan I. Yerevanian, MD


CC:
No Recipients

RE: Gray, Gregory -- CSN#: 90195947334

Page 1 of 1

**EXHIBIT 1**

LODGED
CLERK, U.S. DISTRICT COURT

B - 2 2024

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gregory Edward Gray, Pro Se Plaintiff<br><br>vs.<br><br>Housing Authority of The City of Los Angeles, Defendant | Case No. 2:23-cv-05224-DOC-KES<br><br>**(PROPOSED) ORDER GRANTING REQUEST FOR EXTENSION** |

Having considered Plaintiff's Request, IT IS HEREBY ORDERED that the Request for Extension of Time is GRANTED.

Plaintiff has until March 11, 2024 to file and serve Plaintiff's Objections to the Report and Recommendation.

DATED: _____  Signed: _____

Hon. David O. Carter

1
(Proposed) Order

## CERTIFICATE OF SERVICE

The undersigned certifies that, on February 2, 2024, the foregoing REQUEST FOR EXTENSION and (PROPOSED) ORDER GRANTING REQUEST FOR EXTENSION were filed in person with the Court. Pursuant to Fed. R. Civ. P. 5(d), counsel of record will be served by electronic mail on this same date as follows:

John Millian Bergerson
jmb@legalkix.com
bergiex@sbcglobal.net

/s/ Gregory Edward Gray

Gregory Edward Gray
Pro Se
3183 Wilshire Boulevard
Ste. 196K26
Los Angeles, CA 90010
(213) 638-2039
gegcbg@outlook.com

REQUEST FOR EXTENSION                Case No. 2:23-cv-05224-DOC-KES